# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONDA J. SALLABERRY, | Case No. 2:15-cv-01947-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER DENYING STIPULATION TO EXTEND |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendant(s). | (Docket No. 8) |

Pending before the Court is a stipulation to extend time, Docket No. 8, which is hereby DENIED. *See* Local Rule 6-1(b) (stipulations to extend time must "state the reasons for the extension requested").

IT IS SO ORDERED.

DATED: December 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge