**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONDA J. SALLABERRY,  )<br>                 )<br>        Plaintiff(s),   )<br>                 )<br>vs.              )<br>                 )<br>EQUIFAX INFORMATION SERVICES,  )<br>LLC, et al.,        )<br>                 )<br>        Defendant(s).   )<br>                 ) | Case No. 2:15-cv-01947-APG-NJK<br><br>ORDER |

This matter is before the Court on the failure of Defendant FMC-Omaha Service Center to file a Certificate of Interested Parties. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendant has failed to comply.

Accordingly, **IT IS ORDERED** that Defendant shall file a Certificate of Interested Parties, which fully complies with LR 7.1-1, **no later than 4:00 p.m., January 15, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED: January 8, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge