# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONDA J. SALLABERRY,<br><br>        Plaintiff(s),<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>        Defendant(s). | Case No. 2:15-cv-01947-APG-NJK<br><br>ORDER<br><br>(Docket No. 23) |

Pending before the Court is a proposed discovery plan. Docket No. 23. While the discovery plan is generally acceptable, the Court is unclear what the parties intend by paragraph 9. In particular, it is not clear what the parties mean by stating discovery-related motions must be "completed" by May 23, 2016 (*e.g.*, filed by that date, fully briefed by that date, etc.). The discovery plan is therefore DENIED without prejudice so that the parties can clarify. An amended discovery plan shall be filed no later than January 26, 2016.[1]

IT IS SO ORDERED.

DATED: January 20, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The discovery plan also inconsistently refers to defendant's first appearance. *See* Docket No. 23 at ¶ 1. The parties shall correct that inconsistency in their amended discovery plan.