UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONDA J. SALLABERRY,<br><br>          Plaintiff(s),<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>          Defendant(s). | Case No. 2:15-cv-01947-APG-NJK<br><br>ORDER<br><br>(Docket No. 25) |

      Pending before the Court is a proposed discovery plan. Docket No. 25. The Court denied the previously-filed discovery plan so the parties could clarify paragraph 9. *See* Docket No. 24. The parties have now reworded that paragraph, but it remains incomprehensible. It now states: "<u>All discovery</u> and discovery related-motions shall be filed by May 23, 2016, the discovery cutoff." *See* Docket No. 25 at 4 (emphasis added). While the Court understands the parties' position with respect to the timing requirements for discovery-related motions (*i.e.*, they must be filed by May 23, 2016), the Court fails to discern the meaning of this sentence with respect to discovery. As currently written, the discovery plan indicates that discovery must be filed by May 23, 2016, which makes no sense. *See* Local Rule 26-8 (discovery should not be filed on the docket).

      The discovery plan is therefore **DENIED** without prejudice so that the parties can clarify. A further amended discovery plan shall be filed no later than January 27, 2016.

      IT IS SO ORDERED.

      DATED: January 25, 2016

                                                  _____<br>
                                                  NANCY J. KOPPE<br>
                                                  United States Magistrate Judge