GARY E. SCHNITZER ESQ.
Nevada Bar No. 395
MATTHEW A. WALKER, ESQ.
Nevada Bar No. 13275
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: mwalker@ksjattorneys.com

*Attorneys for Defendant,*
*FMC-OMAHA SERVICE CENTER*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONDA J. SALLABERRY, | Case No. 2:15-cv-01947-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT, FMC-OMAHA SERVICE CENTER ONLY** |
| FMC-OMAHA SERVICE CENTER; BANK OF AMERICA, N.A.; and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Defendant FMC-OMAHA SERVICE CENTER hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to FMC-OMAHA SERVICE CENTER.** Each party to bear their

/ / /

/ / /

/ / /

/ / /

/ / /

own attorney's fees, prejudgment interest, and costs of suit.

DATED: February 9, 2016.

| HYDE & SWIGART | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
|---|---|
| /s/Sara Khosroabadi | /s/Gary E. Schnitzer |
| Sara Khosroabadi, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 13703 | Nevada Bar No. 395 |
| 7854 W. Sahara Ave. | 8985 S. Eastern Ave., Ste. 200 |
| Las Vegas, NV 89117 | Las Vegas, NV 89123 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant,* |
| *RONDA J. SALLABERRY* | *FMC-OMAHA SERVICE CENTER* |

| HAINES & KRIEGER, LLC | KAZEROUNI LAW GROUP, APC |
|---|---|
| /s/David H. Krieger | /s/Michael Kind |
| David H. Krieger, Esq. | Michael Kind, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 13903 |
| 8985 S. Eastern Ave., Ste. 350 | 7854 West Sahara Avenue |
| Las Vegas, NV 89123 | Las Vegas, NV 89117 |
| *Attorneys for Plaintiff ,* | *Attorneys for Plaintiff,* |
| *RONDA J. SALLABERRY* | *RONDA J. SALLABERRY* |

AKERMAN, LLP

/s/Matthew I. Knepper
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Ariel E. Stern, Esq.
Nevada Bar No. 8276
1160 Town Center Drive, Suite 300
Las Vegas, NV 89144
*Attorneys for Defendant,*
*BANK OF AMERICA, N.A.*

**ORDER**

IT IS SO ORDERED.

Dated: February 9, 2016.

_____
**UNITED STATES DISTRICT JUDGE**

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-66666